SHARP CORP. AND SHARP ELECTRONICS CORP., PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Court No. 90–10–00511

### ORDER

(Dated September 28, 1992)

MUSGRAVE, *Judge:* Upon due deliberation, it is hereby

ORDERED that the determination by the Department of Commerce announced in *Final Results of Redetermination Pursuant to Court Remand,* dated August 7, 1992 is affirmed.